In The United States District Court
Of The Middle district of Florida
Ocala Division

Brian Anthony Guzowski
  Petitioner

Sumter County Court Officials
215 E McCullom Avenue
Bushnell Florida 33513
  Respondant

5:22-CV-416-PGB-PRL
2022 CF 472 AXMX
Ref to Case

## Application For Writ of Habeas Corpus 28 U.S.C. 2241
(Extra ordinary Circumstances) Petitioner Brian Anthony Guzowski Brings This Writ to The attention of Governing authorities. In Hopes of ending The further promotion of Due Process Violations. Along with The Harmful Violations and blatent disregard of The 1st, 4th, 6th, 8th and 14th Ammendments. Somehow The governing Authorities Here in Sumter County allow First & Formost The Violation of The 6th Ammendment

The Public defender Mr. Armienti did not acknowledge The contents of 15 meritorious Requests written by The Petitioner. Showing Continued Civil Right Violations. I submitted one motion to Sypress 6-20-22 & Supplimental 7-21-22 To The Clerk, state and my public defender. Then Within a Show of Confusion The only Response The Petitioner received was Thanking me For Letting Them Know That I received His motion to suppress. I wrote to The Clerk of the Court, I wrote to The Public defender 15 Times asking him for my discovery. There has been no acknowledgement. I Have written to The Judge There has been no Response.

I have not been allowed any voice or Forward movement by an ineffective Public Defender. With no Response From The Judge of The 5th Circuit Court.

Being not allowed access to The Courts I have not been allowed due process in its Time restraints. I have not been allowed to Exhaust any remedies offered by Court to show Cause For my Relief Requested.

As There is a Pattern From The State And From The

Continued P(2)

(1A)

① Requested 04-29-22 Public Defender
② Tablet Request 05-02-22 Public Def Name
③ Tablet 05-15-22 Not Waiving Speedy Trial
* (included names Sensitive Information)
④ Public Defender Notification 5-30-2022.
⑤ Erin Schlitcher Atty Gone →
⑥ Letter Written Requesting Sensitive info Back
   6-01-2022 *no Response
⑦ Letter written to Armienti Pd 06-10-22
⑧ Letter Written to Armienti Pd 6-20-22 Suppression
⑨ Tablet Request 06-22-22 Armienti
⑩ Tablet Request 06-26-22 Armienti, Pd
⑪ Letter Written to Armienti Pd
⑫ Letter Written to Armienti Pd 7-21-22 Suppression Supp.
⑬⑭ More Tablet Requests Through August Armienti Pd
⑯ Still no Answer from Armienti, P.D. He Moved on
   8-22-22
   Attempted Contacts
   To Public Defender
   Ineffective

⑰ Letter to Clerk 6-20-22
⑱ Letter to Clerk 7-21-22
   no Response to
   meritorious motion to Suppress
㉑ ⑲⑳ to Mary Hun Atty, no response

Releif Requested Dismissal of Charges

Please be advised That In The above requests That I am only asking yes or no questions. Like "did you receive my suppression motion? Or Could I please have my discovery? The Electronic Responses are Covid 19 Problematic which a yes or no answer needs not The Permission of Covid. How long can a system use Covid 19 For an excuse for ineffective representation Today, Sept 6, 22 I have received 1 Response That I have a new attorney Mary Hun. But I have not received my discovery nor any response to my motion to suppress. In direct violation of my 1st & 6th Ammendment. We all have The right to effective Representation in Court in The form of Due Process.

Public defenders office to withhold The discovery even after a request. But in Fear of Vindictive Retaliation, or Higher sentence offer, defendants are reluctant to persue That 1st Ammendment Right. Along with The 6TH Ammendment Rights

I am not allowed my discovery, I am not allowed timely Responses. I am not receiving timely Answers to a properly written motion with Meritorious violations. Being denied access To The Courts along with any communication with my P.D.

<u>Relief Requested</u> - Being denied access to The Courts my Remedy has Been exhausted as Requested in 28 U.S.C 2241. I am asking For The Charges of Trafficking and Possession of Paraphernalia Be dismissed. Violations of 1st & 6TH Ammendments inclosed is a copy of my Suppression Motion That my Public defender and The Courts Refused to Respond or acknowledge. inclosed is a copy of Contact attempts to The Clerk, To The Judge to The P. Defenders office see Page 1A

On our tablet is electronic capability to write a Public defender Request but is not Privalaged. Which is another barrier in violation of The 1st and 6TH Ammendments

On 04-28-22 Petitioner was pulled over by deputy Long and Dodge. on C.Road 48 in Bushnell Fl. Found That Petitioner Had a warrant. Petitioner was taken out of The Vehicle & Strip Searched. Deputies dropped my Levis to my ankles and Searched my crotch & Found nothing. Then aggressively Lifted my Levis back up. Racking me. The busy intersection Next to a convenience store. Not allowing me a Tuck of my Genitals. The deputies laughed at my Pain. Put me into The Deputies SUV 30 ft Away From my Friends Vehicle. Violating my 1st, 4th, 6th, 8th, 14th Ammendments.

<u>Relief Requested</u> Because of illegal search & Seizure any Controband Found is Fruit of The Poisenous Tree. <u>Asking For The Alleged 20g. Meth</u> and <u>The drug Paraphernalia Be Suppressed</u>.

Then deputies Ms. Long & Mr Dodge Proceeded to my Friends 2017 Kia Soul. Began Their Search For drugs still abandoning The original Mission which was The traffic stop.

continued over
P 3

Claiming an Inventory search I watched as the deputies searched the vents, under the mats in the seats under the seats in sealed duffle Bags. Claiming to Find 20 grahams Meth & Needles. With an Inventory search one Must Take inventory with an Inventory sheet. There is not an inventory sheet. Claiming Inventory must not be used as a Ruse to Plunder Peoples Property.

For the Abandonment of the ticket (never written) for the traffic stop is a violation of the 1st & 4th amm.

Anything after that is illegal search & seize. And that violation is listed in the Caselaw Following. Then the illegal Roadside stripsearch is a violation of the 1st 4th 6th 8th 14th. Any Contraband Found is Fruit of the Poisenous Tree. The Contraband was not on my Person.

For These Reasons being in concurrance with my Motion To Suppress which has not been answered:

<u>Relief Requested</u> is suppression of any evidence illegally taken from my Friends Vehicle.

Because of the officers of this Court Refuse to answer or respond. It is a violation of my Civil Rights and state due Process. I'm Asking to be releived of these charges, with the understanding <u>This Court by Law is not Providing an area to Exhaust Remedies</u> which causes a conflict, A Brick Wall or Catch 22. <u>Violating due Process to Prevent Due Process</u>. Requesting these charges be dismissed w/Prejudice.

By no Fault of my own. And with Blatent disregard to the Rules of the Justice System The Courts here have opened up the door to Relief from A writ of Habeas Corpus as stated in Fl Statue 394.9215 "At Any Time" Also see 28 USC 2241. Unless Extraordinary or Blater Civil right Violations. Not Providing Due Process and in Violations of the United States Constitution and The Florida Constitution makes for Extraordinary Circumstance. No discovery after several Requests No Atty Client conference after several Requests. Then trial in set in 30 days.

United States District Court
For The Middle District of Florida
Ocala Division

Petitioner
Brian A Guzowski
219 E Anderson Ave Bushnell Fl 33513
                    vs
Sumter County Court Officials        Case 2022 CF 472 AXMX
215 E McCullom Avenue                Sumter County
Bushnell Fl 33513  Respondant

Affidavit in Support of
Leave For Habeas Corpus

After over 25 requests to The Public defenders office asking For communication, asking For my discovery with my 3rd Public defender here into my 5th month with trial as stated on record of a 10" laptop. With Properly Filed Motions (15 Requests) For discovery under Rule 34, 2 motions to suppress under 3.191 Letters to The Judge, The Clerk, and corresponance to The State I have been set For trial under 30 days. I have made it Clear That (on Record) From The begining I did not waive my speedy trial. - By No Fault of mine The State will not relinquish The discovery in Case # 2022 CF 472. Ive Made all officers of The Court aware of This. With less than 30 days I have not been allowed due process For Court Proceedings. Believing That There is no violation The Judge is and has been Fully aware of This due Process Violation. From my First appearance June 20th 2022, on Record I stated The Violations. My case being Time sensitive was not in a Forward motion consistant with due Process. Which is a violation of my 1st And 6th ammendments. The suppression Motions were Filed consistant with legal form showing meritorious (see inclosed) Due Process Violations.
Included is Richardson -vs- State 246 So. 2d 771 Fl APP 1997
Speedy Trial 3.191 The state must Furnish discovery within a Sufficient time to allow The defendant to prepare For trial without Forfieting his right to speedy trial which shall disclose to The defendant and Permit The defendant and allow The defendant to inspect; copy or test information. Any violations of This late disclosure is Procedurally deficient and Shown Prejiduce to The defendant. Defendant is Intitled a discharge of charges
Stridiron -vs- State, 672 So 2d 871 (Fla 3d. DCA 1996)
Stavely -vs- State 744 So 2d 1051

Affidavit in Support of Petition of
28 U.S.C. Habeas Corpus 2254    continued

<u>Jurisdiction</u>. Application for writ of Habeas Corpus normally is of Post Conviction Relief unless showing Blatent Constitutional Violations & or combined with the Prevention of remedy exhaustation. As in this Case I will show the The Violations & Prevention of Remedy. Written Proof of over 25 requests for discovery. Motions Unanswered, Judge ordered communications not Followed. Court on 10" Computer screen Sending me to trial w/no discovery, ineffective Representation

A writ of Prohibition is an appropriate remedy to Address speedy trial violations. See <u>Sherrod vs Franza 427 so 2d 161 63 Fl 1983</u>. Properly being used in the Context of a speedy trial Violation. <u>Smart -vs- State 179 so 3d 477, 478 (Fl 4th DCA 2015)</u>

There is no Problem with inconsistancies or 2 sets of Judgements rising out of the Same Set of Facts.

① Combining The constitutional violations from the start of my arrest. ⓪ No ticket ever written for the traffic violations <u>Jones -vs- state 187 so 3d 346 (Flo App 2016)</u> a Citation was required to validate the original mission which was abandoned (4th Ammendment Violation)

② Roadside Stripsearch in The rank of Coptian, Obvious to be illegal (<u>4th and 14th Ammendment</u>) and in my case violates the (8th Ammendment) for the way it was performed. After no drugs were Found deputies aggressively pulled my Levi's back up. racking my testicles by leaving them outside of my zipper area as I was not afforded the opportunity to Tuck. <u>Porter -vs- state 82 N.E 3d. 898 ind APP 2017</u>. Still handcuffed Behind back.

③ The search For drugs went from there to the contents of a Friends Vehicle. While I was hand cuffed in the Police cruiser. They began ripping Through Clothing shoes, bags Pockets seats duffle Bags, Jackets etc. Claiming an inventory search without an Inventory Sheet. Claiming to have Found drugs & Para. <u>Florida -vs- Wells 495 US 14 1990</u> shows That Inventory searches must not be used as a ruse for General rumaging to discover incriminating contraband

Shown By law & Civil right Protections in with constitutional Protections. namely The 4th Ommendment, 8th 14th also An Exclusionary Rule acts as The Presidence and remedy being any evidence found is fruit of the Poiseneous tree while violating of due Process in order to obtain alleged Evidence or Probable cause.

(6)

AFF, davit of Support of writ of Habeas Corpus..
Continued...

④ **Hon Judge Hatcher Violations**. Discovery not addressed with the continuation of Constitutional violations by the Sumter County Courts who have been made aware of The 3.191 due process violations, as I include Judge Honorable Hatcher. I have informed her and her clerk with 3 written communications of due process violations. 1 Personal Letter, 1 motion to Suppress, 1 supplimt. motion to Supress. When I tried communicating at my Court date on Aug 4th 2022 The Judge had me muted & restrained. That was a docket call. Would not let me address the court. I have received no paperwork or notifications which violate The 1st and 6th Ammendment and Rule 3.191. (Blatent) 10' screen zoom

⑤ **State Atty violations**, not providing discovery or notification on a timely fashion. Blatent. Knowing and Preventing the Judicial Process. No Notifications of any Physical Evidence in any Fashion. 1st & 6th Amm violations

⑥ **Public Def. office**: Not Responding to Any Requests Lost Count after 20 attempts to communicate. No response or Showings of notifications. No Motion adoption. Complete and total disregard for clients. Violation 3.191, 1st, 6th Amm (Blatent)

With all humbleness the Petitioner prays that this honorable Court accept this motion as I am just a layman without Lawyer like skills. I am Poor, I can't afford Paper. This Jail only allows a Pencil For Correspondance. Please over look any mistakes in Grammer. Please Claim Jurisdiction as factions of extraordinary circumstances exhist. Requesting Case # 22CF472 Be dismissed

I swear upon Perjury That the foregoing is true to the best of my knowledge and belief.

Respectfully,
Brian A Guzowski
BRIAN A Guzowski
219 E Anderson Ave
Bushnell Fl 33513

How Can I Provide For Myself
a Legal defense and still stay
Time effective with 180 day
"Illegal in All forms"
I Have Trial oct 6th 2022

In The United States Middle District of Florida, Ocala Division.

Plaintiff
Brian A Guzowski
219 E Anderson Bushnell Fl 33513

-vs-

Sumter County Court Officials
215 E. McCallum Ave.
Bushnell Florida 33513

Case # Action No # Sumter County 2022CF472AXMX
Leave To Proceed Forma Pauperis.

I Brian A Guzowski being The Petitioner in The Above captioned Case in support of my motion to Proceed without being Required to Prepay Fees and or costs or give security Therefore, I state The following to be true because of my Poverty I am unable to pay The costs of said Proceedings or to give security Therefore and That I believe I am entitled to redress. I declare The responses which I have made are true.

1. I am not Presently Employed
2. Last date Employed Sept 2015, down Santas light show Miami Florida 800. Per Month
3. I have only Received money as a Gift in March of 2022 of 400.00. I applied for my stimulus checks after being incarcerated for 2 years but never received Them as I was Re-incarcerated before The Emerald card arrived.
4. I have no Money as cash or checking
5. I have no Real estate stocks bonds or other Valuable property
6. No dependants
7. I am incarcerated in Sumter Co Jail, with an inmate debt, I live here

I understand That a false statement or answers would subject me to Purjury. I declare under perjury That The foregoing is true signed on This day of Sept 1 2022

Brian A Guzowski
Date of Birth 1962
Social Security xxx xx 9480